# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| MOVE TEXAS CIVIC FUND;<br>JOLT INITIATIVE;<br>LEAGUE OF WOMEN VOTERS<br>OF TEXAS; and TEXAS STATE<br>CONFERENCE OF NAACP UNITS<br><br>        Plaintiffs,<br><br>    v.<br><br>DAVID WHITLEY, Texas Secretary of State, in his official capacity; KEITH INGRAM, Texas Director of Elections, in his official capacity; CHERYL JOHNSON, Voter Registrar for Galveston County, in her official capacity; PAMELA OHLENDORF, Elections Administrator for Caldwell County, in her official capacity; KIRSTEN SPIES, Tax Assessor and Voter Registrar for Blanco County, in her official capacity; TERRI HEFNER, Elections Administrator for Fayette County, in her official capacity; BETH ROTHERMEL, County Clerk and Voter Registrar for Washington County, in her official capacity.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:19-cv-00041 |

## NOTICE OF RELATED CASE

Plaintiffs MOVE Texas, Jolt Initiative, League of Women Voters of Texas, and Texas State Conference of NAACP Units hereby give notice of the following related cases:

- Garibay, et al. v. Whitley, et al., No 2:19-cv-00040 (Southern District of Texas)

- Texas League of United Latin American Citizens, et al. v. Whitley and Paxton, No. 5:19-cv-00074-FB (Western District of Texas)

Dated: February 4, 2019

Respectfully Submitted,

Mimi Marziani**
Texas Bar No. 24091906
Rebecca Harrison Stevens
Texas Bar No. 24065381
Joaquin Gonzalez**
Texas Bar No. 24109935
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741-3438
Telephone: (512) 474-5073
beth@texascivilrightsproject.org

Jon Greenbaum**
D.C. Bar No. 489887
Ezra D. Rosenberg**
D.C. Bar No. 360927
Brendan B. Downes**
D.C. Bar No. 187888
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Fax: (202) 783-0857

Sophia Lin Lakin**
New York Bar No. 5182076
Dale E. Ho**
New York Bar No. 4445326
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 519-7836
Fax: (212) 549-2654

/s/ Andre Segura
Andre Segura (Attorney-in-Charge)
Texas Bar No. 24107112
S.D. Tex. Bar No. 3123385
Thomas Buser-Clancy
Texas Bar No. 24078344
S.D. Tex. Bar No. 1671940
Edgar Saldivar
Texas Bar No. 24038188
S.D. Tex. Bar No. 618958
Brian Klosterboer
Texas Bar No. 24107833
S.D. Tex. Bar No. 3314357
American Civil Liberties Union Foundation of Texas
P.O. Box 8306
Houston, TX 77288
Telephone: (713) 325-7011
Fax: (713) 942-8966
asegura@aclutx.org

Chiraag Bains** †
Massachusetts Bar No. 673627
Dēmos
740 6th Street NW, 2nd Floor
Washington, DC 20001
Telephone: (202) 864-2746

Stuart C. Naifeh**
California Bar No. 233295
Brenda Wright**
New York Bar No. 1863240
Dēmos
80 Broad Street, 4th Floor
New York, NY 10004
Telephone: (212) 485-6055
Fax: (212) 633-2015

** Pro hac vice application forthcoming

† Admitted in Massachusetts, not D.C.; practice consistent with D.C. App. R. 49(c)(3).

ATTORNEYS FOR PLAINTIFFS