United States District Court
Southern District of Texas
**ENTERED**
February 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MOVE TEXAS CIVIC FUND, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 3:19-CV-41 |
| § | |
| DAVID WHITLEY, *et al*, § | |
| § | |
| Defendants. § | |

### ORDER SETTING HEARING

An in-person hearing is set in this matter at the following date, time, and place:

**February 22, 2019 at 1:30 p.m. CST
United States Courthouse
601 Rosenberg, Sixth Floor
Galveston, Texas 77550**

Counsel for the plaintiffs shall notify the defendants of this hearing within ten days of the entry of this order and **shall certify to the Court in writing that the defendants have been so notified**. Failure to file the certification as ordered may result in sanctions as deemed appropriate by the Court, including the denial of the plaintiffs' request for a preliminary injunction. At the hearing, all parties shall be prepared to present argument and evidence on the plaintiffs' motion for a preliminary injunction (Dkt. 10).

It is so **ORDERED**.

**SIGNED at Galveston, Texas, this 8th day of February, 2019.**

_____
**George C. Hanks Jr.
United States District Judge**