UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:19-cv-00041 |
|---|---|---|---|

MOVE Texas Civic Fund, et al.

*versus*

David Whitley, in his official capacity as Texas Secretary of State, et al.

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Brendan Downes<br>Lawyers' Committee for Civil Rights Under Law<br>1500 K St. NW, Suite 900<br>Washington, DC 20005<br>202-662-8333 - bdownes@lawyerscommittee.org<br>Washington D.C. Bar No. 187888<br>Massachusetts Federal Bar No. 691913 |
|---|---|

| Name of party applicant seeks to appear for: | All plaintiffs |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

Dated: 2/6/2019   Signed: [signature]

The state bar reports that the applicant's status is:

Dated: _____   Clerk's signature

**Order**     This lawyer is admitted *pro hac vice*.

Dated: _____     _____
United States District Judge