UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:19-cv-00041 |
|---|---|---|---|

| MOVE Texas Civic Fund, et al. |
|---|
| *versus* |
| David Whitley, in his official capacity as Texas Secretary of State, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ezra Rosenberg<br>Lawyers' Committee for Civil Rights Under Law<br>1500 K St. NW, Suite 900<br>Washington, DC 20005<br>202-662-8345 - erosenberg@lawyerscommittee.org<br>Washington D.C. Bar No. 360927<br>D.C. Federal Bar No. 360927 |
|---|---|

| Name of party applicant seeks to appear for: | All plaintiffs |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:   2/6/2019 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____

United States District Judge