

February 14, 2019

**VIA E-FILING**

Honorable United States District Judge George C. Hanks, Jr.
United States Courthouse
601 Rosenberg, Sixth Floor
Galveston, Texas 77550

Re:   Civil Action No. 3:19-cv-00041; *Move Texas Civic Fund, et al. v. David Whitley, et al.*; in the United States District Court, Southern District of Texas, Galveston Division

Dear Judge Hanks:

On behalf of Defendants Texas Secretary of State David Whitley and Texas Director of Elections Keith Ingram (the "State Defendants"), we write regarding a preliminary scheduling matter that we believe requires the Court's attention at the outset of this case.

On Wednesday, February 6, 2019, the Plaintiffs first provided a copy of the original complaint filed in this action to the State Defendants. On that date, the Plaintiffs also emailed a motion for preliminary injunction and for the first time advised that they had scheduled a hearing on that motion for February 22, 2019.

In light of the expedited nature of the request for preliminary relief and the related setting, the State Defendants filed on February 12, 2019, a combined motion to dismiss pursuant to Rules 12(b)(1), 12(b)(3), and 12(b)(6), and in the alternative a motion to transfer or stay this case.

One basis for the State Defendants' filing, as described in the motion, is that a substantially similar case was filed in the Western District of Texas, San Antonio Division, on January 29, 2019, prior to the filing of this case. *Texas League of United Latin American Citizens v. Whitley*; Civil Action No. 5:19-CV-00074-FB. The plaintiffs in that case filed a motion for preliminary injunction that requests similar relief to the relief sought in the preliminary injunction

motion filed in this case. Judge Biery set both the plaintiffs' motion for preliminary injunction and the defendants' motion to dismiss pursuant to 12(b)1 and 12(b)(6) for a hearing on February 19, 2019.

Further, a second substantially similar case was filed on February 1, 2019, in the Southern District of Texas, Corpus Christi Division, again prior to the filing of this case. *Garibay v. Whitley*; Civil Action No. 2:19-CV-00040. The plaintiffs in that case seek preliminary injunctive relief similar to what the Plaintiffs seek in this case, and the defendants likewise filed a similar motion to dismiss. In the defendants' motion to dismiss, they included the same venue arguments presented by the State Defendants in this case based on the first-to-file rule, including a request in the alternative for Judge Ramos to stay or transfer that case to the Western District of Texas. On February 12, 2019, Judge Ramos entered an order holding that "the applicability of the first-to-file rule should be determined before any other issue." The Court set a briefing schedule for the plaintiffs to respond to the defendants' venue arguments by February 21, 2019—after the hearing that is currently set in the Western District.

It is the State Defendants' position that the issue of venue should likewise be decided in this case as a threshold matter prior to a preliminary injunction hearing. Since the preliminary injunction hearing in this case is already set for February 22, 2019, the State Defendants respectfully request that the Court take up the issue of venue prior to hearing evidence on the Plaintiffs' request for preliminary relief. The State Defendants will be attending the preliminary injunction hearing in San Antonio, February 19th, but could otherwise arrange to attend a hearing on this matter as directed by the Court. Alternatively, the State Defendants request that the Court vacate the February 22, 2019 setting on the Plaintiffs' motion for preliminary injunction until the issue of venue can be heard and ruled upon by this Court.

We stand ready to address the above scheduling issues with the Court.

Best Regards,


Patrick K. Sweeten  
Associate Deputy for Special Litigation

The Honorable George C. Hanks    Page 3
February 14, 2019

        Todd Disher
        Trial Counsel for Civil Litigation

cc: All counsel of record (via ECF)