UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MOVE Texas Civic Fund, et al. | § | |
| | § | |
| *versus* | § | Civil Action 3:19–cv–00041 |
| | § | |
| David Whitley, et al. | § | |

**NOTICE OF SETTING**

A telephonic Pre–Motion Conference is set at the following date and time:

**2/20/2019 at 09:00 AM CST
before Judge George C Hanks, Jr**

Request for Pre–Motion Conference – #35
Please call the Court's conference line **ten minutes** prior to the scheduled hearing.

Dial In: 409-763-7801
Conference ID: 37801#
Password: 60125#

Date:   February 14, 2019

David J. Bradley, Clerk