# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| MOVE Texas Civic Fund, et al. | § § | |
| *versus* | § § | Civil Action 3:19–cv–00041 |
| David Whitley, et al. | § | |

## NOTICE OF SETTING

A telephonic Status Conference is set at the following date and time:

**2/21/2019 at 04:15 PM CST**
**before Judge George C Hanks, Jr**

Please call the Court's conference line **ten minutes** prior to the scheduled hearing.

Dial In: 409-763-7801
Conference ID: 37801#
Password: 60125#

Date:   February 21, 2019

David J. Bradley, Clerk