**From:** TXW_USDC_Notice@txwd.uscourts.gov
**To:** InterdistrictTransfer_TXSD@txs.uscourts.gov
**Date:** Friday, February 22, 2019 07:54AM
**Subject:** Transferred case has been opened

CASE: 3:19-cv-00041

DETAILS: Case transferred from Texas Southern has been opened in Western District of Texas as case 5:19-cv-00171, filed 02/22/2019.