United States District Court
Southern District of Texas
**ENTERED**
February 25, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

MOVE TEXAS CIVIC FUND, et al,               §
                                            §
                        Plaintiffs,         §
                                            §
v.                                          §      CIVIL ACTION NO. 3:19-CV-41
                                            §
DAVID WHITLEY, et al,                       §
                                            §
                        Defendants.         §
                                            §
                                            §
                                            §
                                            §

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

BE IT REMEMBERED on this day, there was presented to the court the Motion for Admission Pro Hac Vice of Joaquin Robert Gonzalez, filed by Rebecca E. Harrison Stevens, counsel for Plaintiffs, and the court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice of Joaquin Robert Gonzalez is GRANTED, and Joaquin Robert Gonzalez may appear on behalf of Plaintiffs in the above case.

IT IS FURTHER ORDERED that Joaquin Robert Gonzalez, if he has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT-1(f)(2).

SIGNED this 20th day of February, 2019.

George C. Hanks, Jr
United States District Judge