United States District Court
Southern District of Texas
**ENTERED**
February 25, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Select the Division | Case Number | 3:19-cv-00041 |
|---|---|---|---|

MOVE Texas Civic Fund, et al.

*versus*

David Whitley, in his official capacity as Texas Secretary of State, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jennifer Nwachukwu<br>Lawyers' Committee for Civil Rights Under Law<br>1500 K Street NW, Suite 900<br>Washington, D.C. 20005<br>(202) 662-8329; jnwachukwu@lawyerscommittee.org<br>Maryland State Bar; 1706200131<br>Maryland Application Pending |
|---|---|

| Name of party applicant seeks to appear for: | All plaintiffs |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/12/2019 | Signed: [signature] |
|---|---|

The state bar reports that the applicant's status is: Active

Dated: 2/13/19   Clerk's signature [signature]

### Order

This lawyer is admitted *pro hac vice*.

Dated: 2/21/19

[signature]
United States District Judge