# HEARING MINUTES

Cause No:       3:19-CV-41

Style:          MOVE TEXAS CIVIC FUND, *et al vs.* DAVID WHITLEY, *et al*

Hearing Type:   Telephonic Status Conference

Appearances:

| Counsel | Representing |
|---|---|
| Brenda Wright | MOVE Texas Civic Fund |
| Brian Klosterboer | JOLT Initiative |
| Joaquin Gonzalez | League of Women Voters of Texas |
| Rebecca Stevens | Nivien Salen |
| Sophis Lakin | |
| Thomas Buser-Clancy | |
| Andre Segura | |
| | |
| Patrick Sweeten | David Whitley; Keith Ingram |
| Todd Disher | |
| Haley O'Neill | |
| | |
| Barry Willey | Cheryl Johnson; |
| Robert Boemer | |
| | |
| Eric Magee | Pamela Ohlendorf; Kirsten Spies; Terri Hefner; Beth Rothermel; Janet Torres; Elections Administrator for Harrison County; Karen Nelson |

Date:  February 21, 2019          ERO:  Dana Perez
Time:  4:22 PM  - 4:27 PM          Case Manager:  Susan Gram

At the hearing, the following rulings were made as stated on the record:

1. Telephonic status conference held.

2. All counsel agree to this case being transferred to Judge Biery in the Western District.  Court will enter an Order.