# HEARING MINUTES

Cause No:       3:19-CV-41
Style:          MOVE TEXAS CIVIC FUND, *et al vs.* DAVID WHITLEY, *et al*
Hearing Type:   Pre-Motion Conference

Appearances:

| **Counsel** | **Representing** |
|---|---|
| Brenda Wright | MOVE Texas Civic Fund; JOLT Initiative; League of Women Voters of Texas; Nivien Saleh |
| Brian Klosterboer | |
| Ezra Rosenberg | |
| Jennifer Nwachukwu | |
| Joaquin Gonzalez | |
| Rebecca Stevens | |
| Sophia Lakin | |
| Thomas Buser-Clancy | |
| Andre Segura | |
| | |
| Patrick Sweeten | David Whitley; Keith Ingram |
| Todd Disher | |
| | |
| Barry Willey | Cheryl Johnson; |
| Robert Boemer | |
| | |
| Phillip Arnold | Pamela Ohlendorf; Kirsten Spies; Terri Hefner; Beth Rothermel; Janet Torres; Elections Administrator for Harrison County; Karen Nelson |

Date: February 20 2019                ERO: Dana Perez
Time: 9:15 AM - 9:41 AM               Case Manager: Susan Gram

At the hearing, the following rulings were made as stated on the record:

1. Pre-motion conference held regarding Defendants Texas Secretary of State David Whitley and Texas Director of Elections Keith Ingram's request for pre-motion conference. (Dkt [35])

2. Defendants' request to transfer case to Judge Biery in the Western District **TAKEN UNDER ADVISEMENT**.